# United States Bankruptcy Court
## Southern District of Florida, Fort Lauderdale Division

In re   Atlantic Recovery Center, LLC

Debtor(s)

Case No.   26-18871-SMG

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Atlantic Recovery Center, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Centric Behavioral Health, LLC
3221 NW 10th Terrace, Suite 502
Oakland Park, FL 33309

☐ None [*Check if applicable*]

July 8, 2026

Date

/s/ Zach B. Shelomith

Zach B. Shelomith 0122548

Signature of Attorney or Litigant
Counsel for   Atlantic Recovery Center, LLC

Shelomith Law
2699 Stirling Rd, Suite C401
Ste C401
Fort Lauderdale, FL 33312-6598
(954) 920-5355  Fax:(954) 920-5371
zbs@lss.law