# United States Bankruptcy Court
## Southern District of Florida, Fort Lauderdale Division

In re    Atlantic Recovery Center, LLC              Case No.    26-18871-SMG

Debtor(s)           Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Centric Behavioral Health, LLC<br>3221 NW 10th Terrace, Suite 502<br>Oakland Park, FL 33309 | Membership Interest | | Sole Member - 100% of membership interests |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Manager of Centric Behavioral Health, LLC, its Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 8, 2026              Signature    /s/ Evan Prager

                                                      Evan Prager

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.