**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                         Case No. 26-18871-SMG

**ATLANTIC RECOVERY CENTER, LLC,**                             Chapter 11 (Subchapter V)

    Debtor.                                           (Joint Administration with In re
                                                               Centric Behavioral Health, LLC, Case
                                                               No. 26-18873-SMG, Pending)

_____/

**DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING**
**DEBTOR TO PAY PREPETITION WAGES, PAYROLL TAXES,**
**AND RELATED BENEFITS**

**\*\* Emergency Hearing Requested Pursuant to Local Rule 9013-4 \*\***

**The Debtor requests an emergency hearing on this Motion. The Debtor's next regularly scheduled payroll is due on Friday, July 10, 2026, and covers the biweekly pay period ended July 4, 2026, which is entirely prepetition. The Debtor employs approximately 27 employees who provide direct patient care at the Debtor's residential mental-health and substance-use-disorder treatment facilities. If payroll is not timely funded, the Debtor faces an immediate risk of employee resignations, which would jeopardize patient care and the Debtor's ability to reorganize. The Debtor therefore respectfully requests that this Motion be set for hearing on or before July 9, 2026. Given the nature of the relief requested and the number of parties in interest, conferral with all parties in interest before the filing of this Motion was not practicable.**

Debtor-in-Possession, Atlantic Recovery Center, LLC (the "Debtor"), by and through undersigned proposed counsel, pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a)(4), and 507(a)(5), requests the Court enter an order authorizing, but not directing, the Debtor to pay its prepetition wages, payroll taxes, and related benefits, and states:

## Jurisdiction

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested are 11 U.S.C. §§ 105(a), 363(b), 507(a)(4), and 507(a)(5).

**Background**

3. On July 7, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code and elected to proceed under Subchapter V of Chapter 11.

4. The Debtor continues to manage and operate its business as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107, 1108, and 1184. No trustee (other than the Subchapter V trustee to be appointed) or examiner has been appointed.

5. The Debtor is a Florida limited liability company that provides behavioral-health and addiction-treatment services, operating Reign Residential Treatment Center, a residential treatment facility located in Southwest Ranches, Florida, and Sanctuary Mental Health & Wellness, located in Fort Lauderdale, Florida.

6. The Debtor's sole member and manager is Centric Behavioral Health, LLC ("CBH"), a Delaware limited liability company authorized to transact business in Florida. CBH filed its own voluntary petition for relief under Subchapter V of Chapter 11 on the Petition Date, and the Debtor and CBH have contemporaneously filed a motion seeking the joint administration of their cases, with the Debtor's case as the proposed lead case.

**The Debtor's Workforce and Prepetition Payroll Obligations**

7. The Debtor employs approximately 27 employees, substantially all of whom provide direct patient care and related support services at the Debtor's residential mental-health and substance-use-disorder treatment facilities. The Debtor's employees are paid on a biweekly basis, every other Friday, for the fourteen-day period ending the preceding Saturday.

8. The Debtor's next regularly scheduled payroll is due on Friday, July 10, 2026, and covers the biweekly pay period of June 21, 2026 through July 4, 2026, which is entirely prepetition (the "Prepetition Payroll"), together with a prepetition "stub" period of July 5, 2026 through July 7, 2026, which will be payable with the next regularly scheduled payroll on July 24, 2026.

10.    Based on the Debtor's most recent ADP TotalSource payroll register, for the payroll dated July 10, 2026, the Debtor's biweekly payroll obligations are approximately as follows: (a) gross wages of approximately $52,243.18; (b) employee statutory withholdings, including federal income tax withholding of approximately $3,472.43, Social Security tax of approximately $3,137.64, and Medicare tax of approximately $733.79; (c) net direct deposits to employees of approximately $40,716.50; and (d) employer payroll taxes, including matching FICA and Medicare taxes of approximately $3,871.43, plus applicable federal (FUTA) and state (SUTA) unemployment taxes.

11.    The Debtor also maintains a 401(k) plan for its employees through ADP TotalSource. In each biweekly payroll, employees defer approximately $1,514.88 in pre-tax 401(k) contributions and approximately $327.23 in Roth 401(k) contributions, and make 401(k) loan repayments of approximately $588.60, all of which are withheld from employee paychecks, and the Debtor makes an employer matching contribution of approximately $1,044.06.

12. In addition, the Debtor withholds employee contributions for medical, dental, vision, and ancillary benefit programs, and pays administrative fees to ADP TotalSource in connection with each payroll.

13.    The total funding required for the July 10, 2026 payroll consists of the gross wages, employer matching FICA and Medicare taxes, and employer 401(k) matching contribution described above ‐ $52,243.18, $3,871.43, and $1,044.06, respectively, or approximately $57,158.67 in the aggregate ‐ together with applicable federal (FUTA) and state (SUTA) unemployment taxes and ADP TotalSource administrative fees.

14. No single employee is owed prepetition wages in excess of the $17,150.00 priority cap of 11 U.S.C. § 507(a)(4). No officer, member, or other insider of the Debtor is included in the relief requested herein.

15.    A copy of the Debtor's ADP TotalSource payroll register for the July 10, 2026 payroll (pay date July 10, 2026), reflecting the Prepetition Payroll to be funded, is attached hereto as Exhibit "A."

**<u>Relief Requested and Basis Therefor</u>**

16. Through this Motion, the Debtor seeks authority under 11 U.S.C. §§ 105(a), 363(b), 507(a)(4), and 507(a)(5) to: (a) pay the Prepetition Payroll and related prepetition wage obligations, including amounts that the Debtor is required by law to withhold from employee payroll in respect of federal, state, and local income taxes, garnishment contributions, and Social Security and Medicare taxes; (b) honor any prepetition payroll checks and direct deposits issued to its employees; (c) remit all employee statutory withholdings, and all 401(k) deferrals, Roth 401(k) contributions, and 401(k) loan repayments withheld from employee wages, to the appropriate taxing authorities and to the Debtor's 401(k) plan; and (d) continue its employee benefit programs, including its medical, dental, vision, and ancillary benefit programs and its 401(k) plan (including the employer matching contribution), in the ordinary course of business.

17. 11 U.S.C. § 105(a) provides, in part, that the court "may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title."

18. 11 U.S.C. § 363(b)(1) provides that the trustee (here, the Debtor), "after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." Payment of the Prepetition Payroll reflects a sound exercise of the Debtor's business judgment. Courts have also long recognized, under the "doctrine of necessity," the authority to approve the payment of prepetition claims where, as here, such payment is essential to the continued operation of the debtor's business.

19. The Debtor believes that the prepetition amounts it seeks approval to pay are entitled to priority claim status under 11 U.S.C. §§ 507(a)(4) and 507(a)(5) to the extent of $17,150.00 per employee. None of the employees would be paid in excess of this amount. As such, these claims

would be entitled to payment in full under any plan of reorganization, and authorizing the Debtor to make these payments at this time will affect only the timing of such payments.

20. The Debtor's employees perform a variety of critical functions, most importantly the provision of direct, around-the-clock patient care to individuals residing at the Debtor's residential mental-health and substance-use-disorder treatment facilities. The loss of even a small number of these employees could seriously harm the Debtor's ability to reorganize and, more importantly, could jeopardize the health, safety, and continuity of care of the Debtor's patients, as well as the staffing levels required by applicable licensure requirements.

21. If the prepetition employee obligations are not received by the employees in the ordinary course, they will suffer extreme personal hardship. Such a result would destroy the morale of the employees and result in unmanageable employee turnover, causing immediate and pervasive damage to the Debtor's business operations and an immediate risk of resignations. Any significant deterioration in morale or staffing at this time would substantially and adversely affect the Debtor and its ability to reorganize, thereby resulting in immediate and irreparable harm to the Debtor, its estate, its creditors, and its patients.

22. The Debtor represents that all applicable payroll taxes and related benefits due with respect to the Debtor's employees will be paid concurrently with the payment of the wages.

WHEREFORE, the Debtor respectfully requests that the Court enter an order authorizing the Debtor to pay the Prepetition Payroll and its prepetition wages, payroll taxes, and related benefits, and other associated payroll costs, as set forth above, and granting such other and further relief as the Court deems just and proper.

**<u>Local Rule 9013-4 Certification</u>**

Undersigned counsel certifies that a bona fide effort has been made to resolve this matter without a hearing. Given the nature of the relief requested and the number of parties in interest, conferral with all parties in interest before the filing of this Motion was not practicable. All parties

in interest will be provided with timely notice of this Motion and of the Notice of Hearing once issued.

Dated: July 8, 2026

SHELOMITH LAW
Proposed Attorneys for the Debtor
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:＿＿＿＿＿＿/s/＿＿＿＿＿＿＿
    ZACH B. SHELOMITH
    Florida Bar No. 0122548
    zbs@shelomith.law

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, as set forth below, and via U.S. Mail to all parties on the attached creditor matrix.

By:＿＿＿＿＿＿/s/＿＿＿＿＿＿＿
    Zach B. Shelomith

**26-18873-SMG Notice will be electronically mailed to:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Zach B Shelomith on behalf of Debtor Centric Behavioral Health, LLC
zbs@shelomith.law,
info@shelomith.law;alt@shelomith.law;agp@shelomith.law;drp@shelomith.law;mpc@shelomith.law;Shelomith.ZachB.B105131@notify.bestcase.com;zshelomith@ecf.inforuptcy.com

**EXHIBIT "A"**

ADP TotalSource Payroll Register (Pay Date July 10, 2026)

| Company Code | IJX |
|---|---|
| Company Name | ATLANTIC RECOVERY CENTER, LLC |
| Week# | 28 |
| QTR/Year | 3/2026 |
| Pay Date | 07/10/2026 |
| P/E Date | 07/04/2026 |
| Run Time/Date | 07/08/2026 09:47:52 AM EDT |
| Service Center | 0581 TotalSource . PEO 2.0 on WFN |

| Company Code | IJX |
|---|---|
| Company Name | ATLANTIC RECOVERY CENTER, LLC |
| Week# | 28 |
| QTR/Year | 3/2026 |
| Pay Date | 07/10/2026 |

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | |
| **Paid-In Department - 002000 - Clinical Services RES FL** | | | | | | | | | | | | |
| **Dinnebeil, Kailie A**<br>**Associate ID: 3UIS9ARMS**<br>**File #:       000230**<br>**W-In Dept:   002000**<br>**H Dept:       002000**<br>**Rate:          2,500.0000** | | | P  16.00 | | | | | 2,500.00 | FIT 198.16<br>SS 155.00<br>Med 36.25 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K   150.00<br>4Z ROTH   100.00<br>X CHECKING   1,860.59 | Vouc<br><br>eVou |
| W-In Dept:   002000<br>H Dept:       002000<br>Rate:          2,500.0000 | | | H  8.00 | | | | | | | | | |
| W-In Dept:   002000<br>H Dept:       002000<br>Rate:          2,500.0000 | 80.00 | | | 2,500.00 | | | | | | | | |
| | Totl Hrs Worked: 80.00 | | | | | | | | | | | |
| **Dept. Total**<br>**002000** | Reg                80.00<br>O/T                  0.00<br>Hours 3           0.00<br>Hours 4         24.00 | | | Reg   2,500.00<br>Earnings 3   0.00<br>Earnings 5   0.00 | | | | O/T    0.00<br>Earnings 4   0.00<br>Gross   2,500.00 | FIT              198.16<br>SS              155.00<br>Med             36.25 | | Total Deductions 2,110.59 | |
| Hours Analysis | H | 8.00 | | P | 16.00 | | | | | | | |
| Memo Analysis | DC | 87.50 | | J | 2,500.00 | | | | PP | 20.00 | | |
| Voluntary Ded. Analysis | 1K | 150.00 | | 4Z | 100.00 | | | | X | 1,860.59 | | |

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | |
| **Paid-In Department - 002200 - Clinical Services SMHW FL** | | | | | | | | | | | | |
| **Cutchin,  Jacob Alexander**<br>**Associate ID: G0BC420TK**<br>**File #:** 000229<br>**W-In Dept:** 002200<br>**H Dept:** 002200<br>**FLSA OT:** Wk1<br>**Rate:** 25.0000 | 18.17 | | | 454.25 | | | | 945.00 | FIT 32.58<br>SS 58.59<br>Med 13.70 | S1 FL 0.00<br>S2 FL 0.00 | X CHECKING  840.13 | Vouc<br><br>eVou |
| **W-In Dept:** 002200<br>**H Dept:** 002200<br>**FLSA OT:** Wk2<br>**Rate:** 25.0000 | 19.63 | | | 490.75 | | | | | | | | |
| Totl Hrs Worked: 37.80 | | | | | | | | | | | | |
| **Lieberman,  Jacob Moore**<br>**Associate ID: ICPW5PP30**<br>**File #:** 000269<br>**Clock:** XN50X<br>**W-In Dept:** 002200<br>**H Dept:** 002200<br>**Rate:** 1,730.7700 | | | H 8.00 | | | | | 1,730.77 | FIT 141.44<br>SS 100.46<br>Med 23.50 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K  34.62<br>31 MEDICAL  110.55<br>X CHECKING  1,320.20 | Vouc<br><br>eVou |
| **W-In Dept:** 002200<br>**H Dept:** 002200<br>**Rate:** 1,730.7700 | 80.00 | | | 1,730.77 | | | | | | | | |
| Totl Hrs Worked: 80.00 | | | | | | | | | | | | |
| **Mizrahi,  Jessica**<br>**Associate ID: 76XQ3WPQP**<br>**File #:** 000171<br>**W-In Dept:** 002200<br>**H Dept:** 002200<br>**Rate:** 2,307.6900 | | | H 8.00 | | | | | 2,307.69 | FIT 182.01<br>SS 143.07<br>Med 33.46 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K  92.31<br>X CHECKING  1,856.84 | Vouc<br><br>eVou |
| **W-In Dept:** 002200<br>**H Dept:** 002200<br>**Rate:** 2,307.6900 | 80.00 | | | 2,307.69 | | | | | | | | |
| Totl Hrs Worked: 80.00 | | | | | | | | | | | | |
| **Simons,  Shawn M**<br>**Associate ID: WB040822Z**<br>**File #:** 000265<br>**Clock:** XN50X<br>**W-In Dept:** 002200<br>**H Dept:** 002200<br>**Rate:** 2,080.0000 | | | P 8.00 | | | | | 2,080.00 | FIT 139.23<br>SS 121.69<br>Med 28.46 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K  104.00<br>31 MEDICAL  110.55<br>33 TS DENTAL  5.10<br>34 TS VISION  1.49<br>J9 MET TRM LIF EE  2.00<br>JC MET ACCIDENT IN  3.15<br>JD MET CRITICAL IL  7.75<br>JE MET SHRT TRM DS  8.11<br>JF MET ACC D & D  0.50<br>X CHECKING  1,547.97 | Vouc<br><br>eVou |
| **W-In Dept:** 002200<br>**H Dept:** 002200<br>**Rate:** 2,080.0000 | | | H 8.00 | | | | | | | | | |
| **W-In Dept:** 002200<br>**H Dept:** 002200<br>**Rate:** 2,080.0000 | 80.00 | | | 2,080.00 | | | | | | | | |
| Totl Hrs Worked: 80.00 | | | | | | | | | | | | |

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | |
| **St. Sulme, Guerline Andrea**<br>**Associate ID: XFTDUZMKZ**<br>**File #:        000256**<br>**W-In Dept:   002200**<br>**H Dept:      002200**<br>**Rate:        2,307.6900** | | | P  8.00 | | | | | 2,307.69 | FIT  165.65<br>SS  134.63<br>Med  31.49 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K  92.31<br>31 MEDICAL  129.74<br>33 TS DENTAL  5.10<br>34 TS VISION  1.49<br>X CHECKING  1,747.28 | Vouc<br><br>eVou |
| W-In Dept:    002200<br>H Dept:       002200<br>Rate:         2,307.6900 | | | H  8.00 | | | | | | | | | |
| W-In Dept:    002200<br>H Dept:       002200<br>Rate:         2,307.6900 | 80.00 | | | 2,307.69 | | | | | | | | |
| | Totl Hrs Worked: 80.00 | | | | | | | | | | | |
| **Dept. Total**<br>**002200** | **Reg**<br>**O/T**<br>**Hours 3**<br>**Hours 4** | | **357.80**<br>**0.00**<br>**0.00**<br>**48.00** | | | **Reg  9,371.15**<br>**Earnings 3  0.00**<br>**Earnings 5  0.00** | | **O/T  0.00**<br>**Earnings 4  0.00**<br>**Gross  9,371.15** | **FIT**<br>**SS**<br>**Med** | **660.91**<br>**558.44**<br>**130.61** | **Total Deductions 8,021.19** | |

| Hours Analysis | H | 32.00 | P | 16.00 | | | |
|---|---|---|---|---|---|---|---|
| Memo Analysis | DC | 203.74 | J | 9,371.15 | PP | 145.00 | |
| Voluntary Ded. Analysis | 1K | 323.24 | 31 | 350.84 | 33 | 10.20 | 34 |
| | J9 | 2.00 | JC | 3.15 | JD | 7.75 | JE |
| | JF | 0.50 | X | 7,312.42 | | | |

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | |
| **Paid-In Department - 003000 - Nursing & Medical Services RES FL** | | | | | | | | | | | | |
| **Bolden, Chaprice Chanea**<br>**Associate ID: ELNMT8BPY**<br>**File #:        000281**<br>**W-In Dept:    003000**<br>**H Dept:        003000**<br>**FLSA OT:      Wk1**<br>**Rate:            31.0000** | 15.78 | | | 489.18 | | | | 489.18 | FIT 17.96<br>SS 30.33<br>Med 7.09 | S1 FL 0.00<br>S2 FL 0.00 | X CHECKING  433.80 | Vouc |
| | Totl Hrs Worked: 15.78 | | | | | | | | | | | |
| **Chery, Rachelle**<br>**Associate ID: Z3K11075Q**<br>**File #:        000282**<br>**W-In Dept:    003000**<br>**H Dept:        003000**<br>**FLSA OT:      Wk1**<br>**Rate:            30.0000** | 40.00 | 8.45 | | 1,200.00 | 253.50 | | | 3,174.00 | FIT 358.67<br>SS 196.79<br>Med 46.02 | S1 FL 0.00<br>S2 FL 0.00 | X CHECKING  2,572.52 | Vouche |
| W-In Dept:    003000<br>H Dept:        003000<br>FLSA OT:      Wk1<br>RROP:          30.0000 | | | | | 126.75 | | | | | | | |
| W-In Dept:    003000<br>H Dept:        003000<br>FLSA OT:      Wk2<br>Rate:          30.0000 | 40.00 | 8.75 | | 1,200.00 | 262.50 | | | | | | | |
| W-In Dept:    003000<br>H Dept:        003000<br>FLSA OT:      Wk2<br>RROP:          30.0000 | | | | | 131.25 | | | | | | | |
| | Totl Hrs Worked: 97.20 | | | | | | | | | | | |
| **Corriolan, Brianna**<br>**Associate ID: AW9L8FVFG**<br>**File #:        000105**<br>**W-In Dept:    003000**<br>**H Dept:        003000**<br>**Rate:            30.0000** | 40.00 | 12.50 | | 1,200.00 | 562.50 | | | 3,176.10 | SS 185.89<br>Med 43.47 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K  127.04<br>32 MEDICAL  171.43<br>33 TS DENTAL  5.10<br>34 TS VISION  1.49<br>4Z ROTH  63.52<br>X CHECKING  2,578.16 | Vouche<br><br>eVou |
| W-In Dept:    003000<br>H Dept:        003000<br>Rate:          30.0000 | 39.12 | | H  8.00 | 1,173.60 | | H  240.00 | | | | | | |
| | Totl Hrs Worked: 91.62 | | | | | | | | | | | |
| **Jackson, Jewel R**<br>**Associate ID: QLZHOBAK4**<br>**File #:        000283**<br>**W-In Dept:    003000**<br>**H Dept:        003000**<br>**FLSA OT:      Wk2**<br>**Rate:            30.0000** | 12.60 | | | 378.00 | | | | 378.00 | SS 23.44<br>Med 5.48 | S1 FL 0.00<br>S2 FL 0.00 | X CHECKING  349.08 | Vouc |
| | Totl Hrs Worked: 12.60 | | | | | | | | | | | |

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | |
| **Louis-Pierre, Jacqueline**<br>**Associate ID: IMV4OGEQ9**<br>**File #:** 000278<br>**Clock:** XN50X<br>**W-In Dept:** 003000<br>**H Dept:** 003000<br>**FLSA OT:** Wk1<br>**Rate:** 31.0000 | 40.00 | 16.58 | | 1,240.00 | 513.98 | | | 3,462.55 | SS 214.37<br>Med 50.13 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K 69.25<br>33 TS DENTAL 5.10<br>4Z ROTH 69.25<br>JL WAG PET WELLNSS 19.50<br>V SAVINGS 606.99<br>X CHECKING 2,427.96 | Vouche<br><br>eVou |
| W-In Dept: 003000<br>H Dept: 003000<br>FLSA OT: Wk1<br>RROP: 31.0000 | | | | | 256.99 | | | | | | | |
| W-In Dept: 003000<br>H Dept: 003000<br>FLSA OT: Wk2<br>Rate: 31.0000 | 40.00 | 4.55 | | 1,240.00 | 141.05 | | | | | | | |
| W-In Dept: 003000<br>H Dept: 003000<br>FLSA OT: Wk2<br>RROP: 31.0000 | | | | | 70.53 | | | | | | | |
| Totl Hrs Worked: 101.13 | | | | | | | | | | | | |
| **Marchesi, Giada I**<br>**Associate ID: MLSPOFS2B**<br>**File #:** 000268<br>**Clock:** XN50X<br>**W-In Dept:** 003000<br>**H Dept:** 003000<br>**FLSA OT:** Wk1<br>**Rate:** 30.0000 | 40.00 | 12.73 | | 1,200.00 | 381.90 | | | 3,195.75 | FIT 312.37<br>SS 189.69<br>Med 44.36 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K 95.88<br>31 MEDICAL 129.74<br>33 TS DENTAL 5.10<br>34 TS VISION 1.49<br>X CHECKING 2,417.12 | Vouche<br><br>eVou |
| W-In Dept: 003000<br>H Dept: 003000<br>FLSA OT: Wk1<br>RROP: 30.0000 | | | | | 190.95 | | | | | | | |
| W-In Dept: 003000<br>H Dept: 003000<br>FLSA OT: Wk2<br>Rate: 30.0000 | 39.43 | | H 8.00 | 1,182.90 | | H 240.00 | | | | | | |
| Totl Hrs Worked: 92.16 | | | | | | | | | | | | |
| **Storey - Petrillo, Jon L**<br>**Associate ID: ADT6Y9HE7**<br>**File #:** 000174<br>**W-In Dept:** 003000<br>**H Dept:** 003000 | | | | | | | | 0.00 | | S1 FL 0.00<br>S2 FL 0.00 | 66 DD-REVERSAL (5.00)<br>72 CHECKING 3RD 5.00 | Vouc<br><br>eVou |
| W-In Dept: 003000<br>H Dept: 003000<br>Rate: 5,576.9300 | | | H 8.00 | | | | | 5,576.93 | FIT 856.03<br>SS 333.08<br>Med 77.90 | S1 FL 0.00<br>S2 FL 0.00 | 32 MEDICAL 198.12<br>33 TS DENTAL 5.10<br>34 TS VISION 1.49<br>L1 401K LOAN 1 401.80<br>L2 401K LOAN 2 176.36<br>72 CHECKING 3RD 3,527.05 | Vouc<br><br>eVou |
| W-In Dept: 003000<br>H Dept: 003000<br>Rate: 5,576.9300 | 80.00 | | | 5,576.93 | | | | | | | | |
| Totl Hrs Worked: 80.00 | | | | | | | | | | | | |

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | |
| **Thomas, Fabiola L**<br>**Associate ID: 2S3SB9DG3**<br>**File #:**       000284<br>**W-In Dept:**   003000<br>**H Dept:**      003000<br>**FLSA OT:**    Wk2<br>**Rate:**         31.0000 | 12.13 | | | 376.03 | | | | 376.03 | SS 23.31<br>Med 5.45 | S1 FL 0.00<br>S2 FL 0.00 | X CHECKING   347.27 | Vouc |
| | Totl Hrs Worked: 12.13 | | | | | | | | | | | |
| **Dept. Total**<br>**003000** | Reg<br>O/T<br>Hours 3<br>Hours 4 | | 439.06<br>63.56<br>0.00<br>24.00 | | Reg    16,456.64<br>Earnings 3   0.00<br>Earnings 5   0.00 | | | O/T    2,891.90<br>Earnings 4   480.00<br>Gross    19,828.54 | FIT<br>SS<br>Med | 1,545.03<br>1,196.90<br>279.90 | **Total Deductions 16,806.71** | |

| Hours Analysis | H | 24.00 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Earnings Analysis | H | 480.00 | | | | | | |
| Memo Analysis | $R | 963.97 | DC | 261.64 | J | 19,828.54 | PP | |
| Voluntary Ded. Analysis | 1K | 292.17 | 31 | 129.74 | 32 | 369.55 | 33 | |
| | 34 | 4.47 | 4Z | 132.77 | 66 | (5.00) | 72 | |
| | JL | 19.50 | L1 | 401.80 | L2 | 176.36 | V | |
| | X | 11,125.91 | | | | | | |

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | |
| **Paid-In Department - 003200 - Nursing & Medical SMHW FL** | | | | | | | | | | | | |
| **Strouse, Judith A**<br>**Associate ID: QSKFOU2PA**<br>**File #:** 000241<br>**W-In Dept:** 003200<br>**H Dept:** 003200<br>**Rate:** 4,038.4600 | | | H 8.00 | | | | | 4,038.46 | FIT 477.16<br>SS 237.69<br>Med 55.59 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K 121.15<br>32 MEDICAL 198.12<br>33 TS DENTAL 5.10<br>34 TS VISION 1.49<br>4Z ROTH 40.38<br>J9 MET TRM LIF EE 16.00<br>JC MET ACCIDENT IN 5.93<br>JD MET CRITICAL IL 33.15<br>JF MET ACC D & D 4.00<br>71 CHECKING 2ND 2,387.87<br>72 CHECKING 3RD 46.00<br>X CHECKING 408.83 | Vouc<br><br>eVou |
| W-In Dept: 003200<br>H Dept: 003200<br>Rate: 4,038.4600 | 80.00 | | | 4,038.46 | | | | | | | | |
| | Totl Hrs Worked: 80.00 | | | | | | | | | | | |
| **Dept. Total**<br>**003200** | Reg 80.00<br>O/T 0.00<br>Hours 3 0.00<br>Hours 4 8.00 | | | Reg 4,038.46<br>Earnings 3 0.00<br>Earnings 5 0.00 | | | | O/T 0.00<br>Earnings 4 0.00<br>Gross 4,038.46 | FIT<br>SS<br>Med | 477.16<br>237.69<br>55.59 | **Total Deductions 3,268.02** | |

| Hours Analysis | H | 8.00 | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Analysis | DC | 100.96 | J | 4,038.46 | PP | 45.00 | |
| Voluntary Ded. Analysis | 1K | 121.15 | 32 | 198.12 | 33 | 5.10 | 34 |
| | 4Z | 40.38 | 71 | 2,387.87 | 72 | 46.00 | J9 |
| | JC | 5.93 | JD | 33.15 | JF | 4.00 | X |

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | |
| **Paid-In Department - 005000 - Operations Housing RES FL** | | | | | | | | | | | | |
| **Bennett, Debbie Nicola**<br>**Associate ID: 7I8S0C5JY**<br>**File #:** 000257<br>**W-In Dept:** 005000<br>**H Dept:** 005000<br>**FLSA OT:** Wk1<br>**Rate:** 22.0000 | 40.00 | 3.78 | | 880.00 | 83.16 | | | 2,004.31 | SS 123.86<br>Med 28.96 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K 80.17<br>33 TS DENTAL 5.10<br>34 TS VISION 1.49<br>71 CHECKING 2ND 1,744.73<br>X CHECKING 20.00 | Voucher<br><br>eVou |
| **W-In Dept:** 005000<br>**H Dept:** 005000<br>**FLSA OT:** Wk1<br>**RROP:** 22.0000 | | | | | 41.58 | | | | | | | |
| **W-In Dept:** 005000<br>**H Dept:** 005000<br>**FLSA OT:** Wk2<br>**Rate:** 22.0000 | 33.63 | | E1 7.87 | 739.86 | | E1 259.71 | | | | | | |
| Totl Hrs Worked: 85.28 | | | | | | | | | | | | |
| **Donnell, Rogelta**<br>**Associate ID: A7M1V7DD0**<br>**File #:** 000272<br>**Clock:** XN50X<br>**W-In Dept:** 005000<br>**H Dept:** 005000<br>**FLSA OT:** Wk1<br>**Rate:** 19.0000 | 40.00 | 0.82 | | 760.00 | 15.58 | | | 1,860.10 | FIT 34.19<br>SS 108.15<br>Med 25.30 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K 55.80<br>31 MEDICAL 110.55<br>33 TS DENTAL 5.10<br>X CHECKING 1,521.01 | Voucher<br><br>eVou |
| **W-In Dept:** 005000<br>**H Dept:** 005000<br>**FLSA OT:** Wk1<br>**RROP:** 19.0000 | | | | | 7.79 | | | | | | | |
| **W-In Dept:** 005000<br>**H Dept:** 005000<br>**FLSA OT:** Wk2<br>**Rate:** 19.0000 | 32.70 | | E1 15.98 | 621.30 | | E1 455.43 | | | | | | |
| Totl Hrs Worked: 89.50 | | | | | | | | | | | | |
| **Jones, Ryan**<br>**Associate ID: 9IYH6UG71**<br>**File #:** 000250<br>**W-In Dept:** 005000<br>**H Dept:** 005000<br>**FLSA OT:** Wk1<br>**Rate:** 20.0000 | 16.53 | | | 330.60 | | | | 671.00 | FIT 36.17<br>SS 41.60<br>Med 9.72 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K 20.13<br>X CHECKING 563.38 | Vouc<br><br>eVou |
| **W-In Dept:** 005000<br>**H Dept:** 005000<br>**FLSA OT:** Wk2<br>**Rate:** 20.0000 | 17.02 | | | 340.40 | | | | | | | | |
| Totl Hrs Worked: 33.55 | | | | | | | | | | | | |
| **Joseph, Carrine**<br>**Associate ID: D5A1BMYKU**<br>**File #:** 000276<br>**Clock:** XN50X<br>**W-In Dept:** 005000<br>**H Dept:** 005000<br>**FLSA OT:** Wk1<br>**Rate:** 19.0000 | 40.00 | 1.23 | | 760.00 | 23.37 | | | 1,581.57 | SS 97.65<br>Med 22.84 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K 47.45<br>33 TS DENTAL 5.10<br>34 TS VISION 1.49<br>X CHECKING 1,407.04 | Voucher<br><br>eVou |

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | |
| W-In Dept: 005000<br>H Dept: 005000<br>FLSA OT: Wk1<br>RROP: 19.0000 | | | | | 11.69 | | | | | | | |
| W-In Dept: 005000<br>H Dept: 005000<br>FLSA OT: Wk2<br>Rate: 19.0000 | 40.00 | 0.93 | | 760.00 | 17.67 | | | | | | | |
| W-In Dept: 005000<br>H Dept: 005000<br>FLSA OT: Wk2<br>RROP: 19.0000 | | | | | 8.84 | | | | | | | |
| | Totl Hrs Worked: 82.16 | | | | | | | | | | | |
| McThay, Lincoln L<br>Associate ID: BPNB0UOUY<br>File #: 000280<br>Clock: XN50X<br>W-In Dept: 005000<br>H Dept: 005000<br>FLSA OT: Wk1<br>Rate: 20.0000 | 40.00 | 4.00 | | 800.00 | 80.00 | | | 1,840.00 | FIT 89.10<br>SS 114.08<br>Med 26.68 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K 55.20<br>73 SAVINGS 2ND 50.00<br>X CHECKING 1,504.94 | Voucher<br><br>eVou |
| W-In Dept: 005000<br>H Dept: 005000<br>FLSA OT: Wk1<br>RROP: 20.0000 | | | | | 40.00 | | | | | | | |
| W-In Dept: 005000<br>H Dept: 005000<br>FLSA OT: Wk2<br>Rate: 20.0000 | 40.00 | 4.00 | | 800.00 | 80.00 | | | | | | | |
| W-In Dept: 005000<br>H Dept: 005000<br>FLSA OT: Wk2<br>RROP: 20.0000 | | | | | 40.00 | | | | | | | |
| | Totl Hrs Worked: 88.00 | | | | | | | | | | | |
| Dept. Total<br>005000 | Reg 339.88<br>O/T 14.76<br>Hours 3 0.00<br>Hours 4 23.85 | | | Reg 6,792.16<br>Earnings 3 0.00<br>Earnings 5 0.00 | Earnings 4 715.14<br>Gross 7,956.98 | O/T 449.68 | | | FIT 159.46<br>SS 485.34<br>Med 113.50 | | Total Deductions 7,198.68 | |

| Hours Analysis | E1 | 23.85 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Earnings Analysis | E1 | 715.14 | | | | | | |
| Memo Analysis | $R | 263.95 | DC | 169.16 | J | 7,956.98 | PP | |
| Voluntary Ded. Analysis | 1K | 258.75 | 31 | 110.55 | 33 | 15.30 | 34 | |
| | 71 | 1,744.73 | 73 | 50.00 | X | 5,016.37 | | |

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | |
| **Paid-In Department - 005200 - Operations Housing SMHW FL** | | | | | | | | | | | | |
| **Johnson,  Allegra M**<br>**Associate ID: RXV4GDBP1**<br>**File #:        000279**<br>**Clock:        XN50X**<br>**W-In Dept:  005200**<br>**H Dept:       005200**<br>**FLSA OT:    Wk1**<br>**Rate:          20.0000** | 40.00 | 0.88 | | 800.00 | 17.60 | | | 1,672.00 | FIT  14.63<br>SS  103.66<br>Med  24.24 | S1  FL  0.00<br>S2  FL  0.00 | 1K 401K  50.16<br>X CHECKING  1,479.31 | Voucher<br><br>eVou |
| W-In Dept:    005200<br>H Dept:        005200<br>FLSA OT:     Wk1<br>RROP:          20.0000 | | | | | 8.80 | | | | | | | |
| W-In Dept:    005200<br>H Dept:        005200<br>FLSA OT:     Wk2<br>Rate:           20.0000 | 40.00 | 1.52 | | 800.00 | 30.40 | | | | | | | |
| W-In Dept:    005200<br>H Dept:        005200<br>FLSA OT:     Wk2<br>RROP:          20.0000 | | | | | 15.20 | | | | | | | |
| Totl Hrs Worked: 82.40 | | | | | | | | | | | | |
| **Leonard,  James**<br>**Associate ID: YC8E8D0F3**<br>**File #:        000242**<br>**W-In Dept:  005200**<br>**H Dept:       005200**<br>**FLSA OT:    Wk1**<br>**Rate:          19.0000** | 40.00 | 10.30 | | 760.00 | 195.70 | | | 1,970.49 | FIT  218.13<br>SS  112.90<br>Med  26.41 | S1  FL  0.00<br>S2  FL  0.00 | 1K 401K  137.94<br>31 MEDICAL  142.94<br>33 TS DENTAL  5.10<br>34 TS VISION  1.49<br>J9 MET TRM LIF EE  6.00<br>JE MET SHRT TRM DS  14.59<br>L1 401K LOAN 1  10.44<br>X CHECKING  1,294.55 | Voucher<br><br>eVou |
| W-In Dept:    005200<br>H Dept:        005200<br>FLSA OT:     Wk1<br>RROP:          19.0000 | | | | | 97.85 | | | | | | | |
| W-In Dept:    005200<br>H Dept:        005200<br>FLSA OT:     Wk2<br>Rate:           19.0000 | 24.23 | | E1  16.02 | 460.37 | | E1  456.57 | | | | | | |
| Totl Hrs Worked: 90.55 | | | | | | | | | | | | |
| **Palmer,  LaToya J**<br>**Associate ID: BBRBJ9J05**<br>**File #:        000271**<br>**Clock:        XN50X**<br>**W-In Dept:  005200**<br>**H Dept:       005200**<br>**FLSA OT:    Wk1**<br>**Rate:          19.0000** | 32.75 | | | 622.25 | | | | 1,240.70 | FIT  65.05<br>SS  76.92<br>Med  17.99 | S1  FL  0.00<br>S2  FL  0.00 | X CHECKING  1,080.74 | Voucher<br><br>eVou |
| W-In Dept:    005200<br>H Dept:        005200<br>FLSA OT:     Wk2<br>Rate:           19.0000 | 32.55 | | | 618.45 | | | | | | | | |
| Totl Hrs Worked: 65.30 | | | | | | | | | | | | |

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | |
| **Snowden, Jennifer Mitchell**<br>**Associate ID: EOP9EZHCA**<br>**File #:** 000262<br>**W-In Dept:** 005200<br>**H Dept:** 005200<br>**FLSA OT:** Wk1<br>**Rate:** 20.0000 | 34.00 | | P 8.00 | 680.00 | | P 160.00 | | 1,743.60 | FIT 14.35<br>SS 100.94<br>Med 23.61 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K 104.62<br>31 MEDICAL 110.55<br>33 TS DENTAL 5.10<br>4Z ROTH 34.87<br>X CHECKING 1,349.56 | Vouche<br><br>eVou |
| W-In Dept: 005200<br>H Dept: 005200<br>FLSA OT: Wk2<br>Rate: 20.0000 | 33.45 | | E1 7.82 | 669.00 | | E1 234.60 | | | | | | |
| | Totl Hrs Worked: 75.27 | | | | | | | | | | | |
| **Williams, Lesley A**<br>**Associate ID: 9U5UBXPAW**<br>**File #:** 000140<br>**W-In Dept:** 005200<br>**H Dept:** 005200<br>**FLSA OT:** Wk1<br>**Rate:** 22.0000 | 40.00 | 1.60 | | 880.00 | 35.20 | | | 1,921.26 | FIT 119.55<br>SS 109.85<br>Med 25.69 | S1 FL 0.00<br>S2 FL 0.00 | 1K 401K 76.85<br>31 MEDICAL 142.94<br>33 TS DENTAL 5.10<br>34 TS VISION 1.49<br>4Z ROTH 19.21<br>X CHECKING 1,420.58 | Vouche<br><br>eVou |
| W-In Dept: 005200<br>H Dept: 005200<br>FLSA OT: Wk1<br>RROP: 22.0000 | | | | | 17.60 | | | | | | | |
| W-In Dept: 005200<br>H Dept: 005200<br>FLSA OT: Wk2<br>Rate: 22.0000 | 32.90 | | E1 8.02 | 723.80 | | E1 264.66 | | | | | | |
| | Totl Hrs Worked: 82.52 | | | | | | | | | | | |
| **Dept. Total**<br>**005200** | Reg 349.88<br>O/T 14.30<br>Hours 3 0.00<br>Hours 4 39.86 | | | Reg 7,013.87<br>Earnings 3 0.00<br>Earnings 5 0.00 | | | | O/T 418.35<br>Earnings 4 1,115.83<br>Gross 8,548.05 | FIT 431.71<br>SS 504.27<br>Med 117.94 | | Total Deductions 7,494.13 | |

| Hours Analysis | E1 | 31.86 | P | 8.00 | | | |
|---|---|---|---|---|---|---|---|
| Earnings Analysis | E1 | 955.83 | P | 160.00 | | | |
| Memo Analysis | $R | 167.31 | DC | 221.06 | J | 8,548.05 | PP |
| Voluntary Ded. Analysis | 1K | 369.57 | 31 | 396.43 | 33 | 15.30 | 34 |
| | 4Z | 54.08 | J9 | 6.00 | JE | 14.59 | L1 |
| | X | 6,624.74 | | | | | |

| Company Totals | Hours | | Earnings | | | | Statutory Deductions | |
|---|---|---|---|---|---|---|---|---|
| **Company Code** | | | | | | | | |
| **IJX - ATLANTIC RECOVERY CENTER, LLC** | Reg<br>O/T<br>Hours 3<br>Hours 4 | 1,646.62<br>92.62<br>0.00<br>167.71 | Reg<br>Earnings 3<br>Earnings 5 | 46,172.28<br>0.00<br>0.00 | O/T<br>Earnings 4<br>Gross | 3,759.93<br>2,310.97<br>52,243.18 | FIT<br>SS<br>Med | 3,472.43<br>3,137.64<br>733.79 |
| Hours Analysis | E1 Holiday Worked | 55.71 | H HOLIDAY | 72.00 | | | P PTO | 40.00 |
| Earnings Analysis | E1 Holiday Worked | 1,670.97 | H HOLIDAY | 480.00 | | | P PTO | 160.00 |
| Memo Analysis | $R FDQOT | 1,395.23 | DC 401K ER MATCH | 1,044.06 | | | J ELIGIBLE EARNS | 52,243.18 |
| Voluntary Ded. Analysis | 1K 401K | 1,514.88 | 31 MEDICAL | 987.56 | | | 32 MEDICAL | 567.67 |
| | 34 TS VISION | 14.90 | 4Z ROTH | 327.23 | | | 66 DD | (5.00) |
| | 72 CHECKING 3RD | 3,578.05 | 73 SAVINGS 2ND | 50.00 | | | J9 MET TRM LIF EE | 24.00 |
| | JD MET CRITICAL IL | 40.90 | JE MET SHRT TRM DS | 22.70 | | | JF MET ACC D & D | 4.50 |
| | L1 401K LOAN 1 | 412.24 | L2 401K LOAN 2 | 176.36 | | | V SAVINGS | 606.99 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Net Payroll : | 0.00 | Checks : | 0 | Flagged : | | 13 | | e\ |
| Total Deposits : | 40716.50 | Vouchers : | 26 | Net Cash Pays 1,000.00 or More : | | 20 | | Pa |
| Net Voids : | 0.00 | Adjustments: | 0 | | | | | |
| Net Cash : | 40,716.50 | | | | | | | |

Label Matrix for local noticing
113C-0
Case 26-18871-SMG
Southern District of Florida
Fort Lauderdale
Wed Jul  8 09:21:39 EDT 2026

Atlantic Recovery Center, LLC
14320 Mustang Trail Suite 308
Southwest Ranches, FL 33330-3508

14320 Mustang Trail LLC
7000 Palmetto Park Road, Suite 300
Boca Raton, FL 33433-3430

ADP TotalSource, Inc.
5800 Windward Pkwy
Alpharetta, GA 30005-8881

C T Corporation System, as Representativ
330 N. Brand Blvd, Suite 700, Attn: SPRS
Glendale, CA 91203-2336

Capital Assist, LLC
323 Sunny Isles Blvd, Suite 503
Sunny Isles Beach, FL 33160-4675

Capital One
P.O. Box 31293
Salt Lake City, UT 84131-0293

Centric Behavioral Health, LLC
3221 NW 10th Terrace, Suite 502
Oakland Park, FL 33309-5942

Centric Executives LLC
c/o 3221 NW 10th Terrace, Suite 502
Oakland Park, FL 33309-5942

Centric Management LLC
c/o 3221 NW 10th Terrace, Suite 502
Oakland Park, FL 33309-5942

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

Corporation Service Company, as Represen
P.O. Box 2576
Springfield, IL 62708-2576

DBBF Properties, LLC
409 SE 16 Court
Fort Lauderdale, FL 33316-2533

ET Health Holdings LLC
c/o 3221 NW 10th Terrace, Suite 502
Oakland Park, FL 33309-5942

ETP Holdings LLC
c/o 3221 NW 10th Terrace, Suite 502
Oakland Park, FL 33309-5942

Evan Prager
3221 NW 10th Terrace, Suite 502
Oakland Park, FL 33309-5942

First Corporate Solutions, as Representa
914 S Street
Sacramento, CA 95811-7025

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0135

Kapitus LLC
2500 Wilson Blvd, Suite 350
Arlington, VA 22201-3873

Litefund Solutions LLC
99 Wall Street, Suite 2613
New York, NY 10005-4301

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Rocket Capital NY LLC
19950 W. Country Club Drive, Suite 902
Miami, FL 33180-4604

Royal Oaks Capital Corp.
11302 Long Beach Blvd
Lynwood, CA 90262-3310

Sanctuary Sober Living LLC
c/o 3221 NW 10th Terrace, Suite 502
Oakland Park, FL 33309-5942

Space Coast Credit Union
P.O. Box 419001
Melbourne, FL 32941-9001

Tenn Recovery LLC
c/o 3221 NW 10th Terrace, Suite 502
Oakland Park, FL 33309-5942

True Life Family Counseling, LLC
c/o 3221 NW 10th Terrace, Suite 502
Oakland Park, FL 33309-5942

Zealie LLC
1100 South Coast Hwy
Laguna Beach, CA 92651-2968

Zach B Shelomith
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

End of Label Matrix
Mailable recipients    28
Bypassed recipients     0
Total                  28