UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                        Case No. 26-18871-SMG

ATLANTIC RECOVERY CENTER, LLC,                Chapter 11 (Subchapter V)

     Debtor.

_____/

## NOTICE OF FILING CORPORATE RESOLUTION

Atlantic Recovery Center, LLC (the "Debtor"), by and through undersigned proposed counsel, hereby files the attached *Resolution of the Sole Member and Manager of Atlantic Recovery Center, LLC*, dated July 7, 2026.

Dated: July 8, 2026                        SHELOMITH LAW
                                           Proposed Attorneys for the Debtors
                                           2699 Stirling Road, Suite C401
                                           Ft. Lauderdale, Florida 33312
                                           Telephone: (954) 920-5355
                                           Facsimile: (954) 920-5371

                                           By:_____/s/_____
                                              ZACH B. SHELOMITH
                                              Florida Bar No. 0122548
                                              zbs@shelomith.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, as set forth below.

                                           By:_____/s/_____
                                              Zach B. Shelomith

**26-18873-SMG Notice will be electronically mailed to:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Zach B Shelomith on behalf of Debtor Centric Behavioral Health, LLC
zbs@shelomith.law,
info@shelomith.law;alt@shelomith.law;agp@shelomith.law;drp@shelomith.law;mpc@shelomith.law;Shelomith.ZachB.B105131@notify.bestcase.com;zshelomith@ecf.inforuptcy.com

**RESOLUTION OF THE SOLE MEMBER AND MANAGER
OF ATLANTIC RECOVERY CENTER, LLC**

July 7, 2026

Centric Behavioral Health, LLC (the "Sole Member"), a Delaware limited liability company and the sole member and manager of Atlantic Recovery Center, LLC (the "Company"), a Florida limited liability company, acting by and through Evan Prager, its Manager, hereby authorizes and adopts the following resolutions pursuant to the laws of the State of Florida and the Company's operating agreement.

WHEREAS, the Sole Member has reviewed and considered the financial condition of the Company, including its historical performance, assets, current and long-term liabilities, liquidity, and access to funding;

WHEREAS, the Sole Member has received, reviewed, and considered the recommendations of the Company's legal and financial advisors as to the risks and benefits of seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), including relief under subchapter V of chapter 11;

WHEREAS, in the exercise of its business judgment, the Sole Member finds that filing a petition for relief under the Bankruptcy Code is in the best interests of the Company, its creditors, employees, patients, and other parties in interest;

The following resolutions are adopted by this written consent:

1) **RESOLVED:** That in the judgment of the Sole Member, it is desirable and in the best interests of the Company, its creditors, members, and other interested parties, that the Company file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida, and that the Company elect to proceed under subchapter V of chapter 11 (the "Bankruptcy"); and it is further

2) **RESOLVED:** That Evan Prager (the "Responsible Party") is hereby designated as the responsible party and designated representative of the Company to act on behalf of the Company, and he shall be authorized to execute and file all petitions, schedules, lists, plans, motions, and all other papers, and to take any and all action which he deems necessary or proper in connection with the Bankruptcy; and it is further

3) **RESOLVED:** That the Company is authorized to employ the law firm of SHELOMITH LAW ("SL") as its general bankruptcy counsel in connection with the Bankruptcy, under such terms and conditions as the Company, in its discretion, deems appropriate, subject to approval by the Bankruptcy Court; provided, however, that the Company is authorized to pay SL a fee retainer for payment of attorneys' fees and reimbursement of expenses in connection with services to be rendered in the Bankruptcy; and it is further

4) **RESOLVED:** That the Company, subject to authorization of the Bankruptcy Court, is authorized to employ such other professional persons in the Bankruptcy, under such terms and conditions as the Company, in its discretion, deems appropriate, with payment being subject to award by the Bankruptcy Court; and it is further

5)    **RESOLVED:** That the Responsible Party is authorized, directed, and empowered, in the name and on behalf of the Company, to take any action, to execute and deliver, and to file with the appropriate governmental authorities, including the Bankruptcy Court, all certificates, instruments, guarantees, notices, and other documents, without limitation, as may be necessary, appropriate, or advisable to carry out the intent and purpose of the foregoing resolutions; and it is further

6)    **RESOLVED:** That all actions heretofore taken by the Sole Member, the Responsible Party, or any officer, employee, or agent of the Company in connection with the Bankruptcy or in furtherance of the intent and purpose of the foregoing resolutions are hereby ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned, being the sole member and manager of the Company, adopts the foregoing resolutions effective as of July 7, 2026.

CENTRIC BEHAVIORAL HEALTH, LLC,
sole member and manager of
Atlantic Recovery Center, LLC

By:

Evan Prager, Manager