UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ATLANTIC RECOVERY CENTER, LLC,        Case No. 26-18871-SMG

Debtor.                               Chapter 11

_____/

### CHAPTER 11 CASE MANAGEMENT SUMMARY

Debtor Atlantic Recovery Center, LLC provides this chapter 11 case management summary as required by Local Rule 4002-1. The information below is provided on a preliminary basis and may contain estimates or approximations:

1. Date of order for relief under chapter 11:  July 7, 2026.

2. Names, case numbers, and dates of filing of related debtors:  Centric Behavioral Health, LLC, Case No. 26-18873-SMG, filed July 7, 2026.

3. Description of debtor's business:  The Debtor operates a licensed behavioral-health and addiction-treatment business in Broward County, Florida, consisting of two facilities: (a) Reign Residential Treatment Center, an adult residential mental-health and substance use disorder treatment facility located at 14320 Mustang Trail, Suite 308, Southwest Ranches, Florida 33330; and (b) Sanctuary Mental Health & Wellness, a partial-hospitalization and outpatient program located at 1759 N. Andrews Square, Fort Lauderdale, Florida 33311. The Debtor is fully accredited, and substantially all of its revenue consists of commercial insurance reimbursement for behavioral-health services.

4. Locations of debtor's operations and whether the business premises are leased or owned:  All of the Debtor's premises are leased; the Debtor owns no real property. The Debtor leases (a) 14320 Mustang Trail, Suite 308, Southwest Ranches, Florida 33330 (Reign Residential Treatment Center), at approximately $10,609 per month; and (b) 1759 N. Andrews Square, Fort Lauderdale, Florida 33311 (Sanctuary Mental Health & Wellness), at approximately $8,265 per month. The Debtor and its affiliates also maintain administrative offices at 3221 NW 10th Terrace, Suite 502, Oakland Park, Florida 33309.

5. Reasons for filing chapter 11:  The Debtors grew rapidly during 2024 and 2025, including through an expansion into Tennessee through

LF-93 (rev. 06/01/26)

affiliated entities. The Tennessee operations did not achieve sustainable profitability and were closed in 2026 at significant cost to the enterprise. As receivable collections slowed beginning in January 2026, the Debtors turned to a series of merchant cash advance and receivables-purchase facilities bearing effective costs far above market rates. By June 2026, the Debtors' aggregate debt service exceeded $60,000 per week. Faced with the choice between servicing the merchant cash advance facilities and funding payroll and patient care, the Debtors ceased the ACH debits to the funders, who promptly declared defaults and threatened collection action, including delivery of UCC lien notices to the Debtors' insurance payors. In addition, Royal Oaks Capital Corp.'s $1,000,000 balloon matures in October 2026, an obligation the Debtors cannot presently refinance or retire. The Debtors commenced these cases to preserve the going-concern value of their business, to protect the continuity of patient care, and to restructure through a subchapter V plan of reorganization.

6.   List of officers and directors, if applicable, and their salaries and benefits as of the petition date and during the 1 year before the petition date:  Evan Prager is the Manager of Centric Behavioral Health, LLC ("CBH").  CBH is the sole member and manager of the Debtor. Mr. Prager receives no salary from the Debtor and received no salary from the Debtor during the year preceding the Petition Date. The Debtor has no other officers, directors, or managers.

7.   Debtor's fiscal or calendar year to date gross income, and the debtor's gross income for the last full calendar or fiscal year ending before the petition date:  2024: $11,455,242; 2025: $12,894,972; 2026 (year-to-date): approximately $2,760,000.

8.   Amounts owed to certain creditors:

a.   Secured claims – list names of creditors, amounts owed, and description and estimated value of collateral:  Royal Oaks Capital Corp. asserts a blanket, first-priority lien on substantially all assets securing approximately $1,196,939 under two credit lines. Various merchant cash advance and receivables-purchase funders assert secured claims or have filed UCC-1 financing statements (in several instances through representative entities), including Kapitus (approximately $240,000), Rocket Capital NY (approximately $225,000), Capital Assist (approximately $150,000), Litefund Solutions (approximately $270,000), OnDeck (approximately $237,666), Bluevine/Celtic Bank (approximately $57,421), Forward Financing (approximately $19,780), and Verity Capital LLC d/b/a Cylerity (unliquidated). Space Coast Credit Union holds a claim of approximately $37,834 secured by a

vehicle. The collateral consists of the Debtors' cash, insurance receivables, and other personal property.

b. Priority unsecured claims (including priority tax claims):Any employee wage and benefit claims entitled to priority under 11 U.S.C. § 507(a)(4) and (5) are within the statutory caps and are addressed by the Debtors' pending motion to pay prepetition wages.

c. General unsecured claims: Non-insider general unsecured claims total approximately $280,000.

9. General description and approximate value of the debtor's assets: The Debtor's principal assets are (a) accounts receivable owed by commercial insurance payors; (b) cash on deposit; and (c) furniture, fixtures, equipment, and supplies used in the Debtor's facilities, appraised at $24,603.

10. List all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due, and the date the policy expires: The Debtor and its affiliates are insured under the following policies, each of which is current: (a) Commercial General Liability — Hadron Specialty Insurance Company, Policy No. H0076PK0094400, $1,000,000 each occurrence / $3,000,000 aggregate, effective August 10, 2025 and expiring August 10, 2026; (b) Professional Liability (errors & omissions, including sexual-misconduct, employee-benefits, and HIPAA coverage) — Hadron Specialty Insurance Company, Policy No. H0076PK01107-00, $1,000,000 each claim / $3,000,000 aggregate, effective October 13, 2025 and expiring October 13, 2026; (c) Automobile Liability — National Liability & Fire Insurance Company, Policy No. 73APB012719, $1,000,000 combined single limit, effective October 13, 2025 and expiring October 13, 2026; (d) Directors & Officers Liability — Scottsdale Insurance Company, Policy No. EKI3589494, $1,000,000 limit, effective September 8, 2025 and expiring September 8, 2026; and (e) workers' compensation coverage provided through ADP TotalSource, Inc. The premiums are current, and each policy renews at its stated expiration date.

11. Number of employees and amounts of wages owed as of the petition date: The Debtor employs approximately 27 employees. Approximately 8 additional shared administrative staff who serve the Debtor are employed by non-debtor affiliate Centric Executives LLC. The Debtor's next regular payroll, totaling approximately $58,500 (including gross wages of $52,024.87), is due July 10, 2026 for the prepetition payroll

LF-93 (rev. 06/01/26)

period ended July 4, 2026. No insider is included in that payroll, and the Debtor has filed an emergency motion for authority to pay prepetition wages.

12.    Status of debtor's payroll and sales tax obligations, if any: The Debtor's payroll tax obligations are withheld and remitted through ADP TotalSource in the ordinary course of business, and the Debtor is confirming the status of final prepetition remittances. The Debtor does not collect or remit sales tax in connection with its behavioral-health services.

13.    Anticipated emergency relief to be requested within 14 days from the petition date:  The Debtors have filed: (a) a motion for the joint administration of their chapter 11 cases; (b) an emergency motion for authority to use cash collateral; and (c) an emergency motion for authority to pay prepetition wages.

/s/ Evan Prager
Evan Prager, Manager

Title  Manager               Date  July 9, 2026

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, as set forth below.

By:_____/s/_____
Zach B. Shelomith

**26-18871-SMG Notice will be electronically mailed to:**

**Carol Lynn Fox**
cfox@glassratner.com, cclf11@trustesolutions.net

**Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee**
martin.p.ochs@usdoj.gov

**Office of the US Trustee**
USTPRegion21.MM.ECF@usdoj.gov

LF-93 (rev. 06/01/26)