UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                        Case No. 26-18871-SMG

ATLANTIC RECOVERY CENTER, LLC,         Chapter 11 (Subchapter V)
et al.,[1]                                     (Jointly Administered)

        Debtor.

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

### *(CENTRIC BEHAVIORAL HEALTH, LLC)*

Debtor Centric Behavioral Health, LLC provides this chapter 11 case management summary as required by Local Rule 4002-1. The information below is provided on a preliminary basis and may contain estimates or approximations:

1.   Date of order for relief under chapter 11:  July 7, 2026.

2.   Names, case numbers, and dates of filing of related debtors:  Atlantic Recovery Center, LLC, Case No. 26-18871-SMG, filed July 7, 2026.

3.   Description of debtor's business:  The Debtor is a Delaware limited liability company that serves as the parent holding company and sole member and manager of Atlantic Recovery Center, LLC ("ARC"). The Debtor performs central treasury and administrative functions for the enterprise, provides management and financial support and resources to ARC, and is the borrower or co-obligor on most of the Debtors' funded debt. The Debtor has no independent revenue-generating operations of its own.

4.   Locations of debtor's operations and whether the business premises are leased or owned:  The Debtor does not directly operate any treatment facility and owns no real property. The Debtor and its affiliates maintain administrative offices at 3221 NW 10th Terrace, Suite 502, Oakland Park, Florida 33309, which are leased. ARC's licensed treatment facilities, both of which are leased, are located at 14320 Mustang Trail, Suite 308, Southwest Ranches, Florida 33330, and 1759 N. Andrews Square, Fort Lauderdale, Florida 33311.

---

[1] The Debtors in these jointly administered cases, along with the last four digits of each Debtor's federal employer identification number, are: Atlantic Recovery Center, LLC (EIN x8883) and Centric Behavioral Health, LLC (EIN x5294).

LF-93 (rev. 06/01/26)

5. Reasons for filing chapter 11:  The Debtors grew rapidly during 2024 and 2025, including through an expansion into Tennessee through affiliated entities. The Tennessee operations did not achieve sustainable profitability and were closed in 2026 at significant cost to the enterprise. As receivable collections slowed beginning in January 2026, the Debtors turned to a series of merchant cash advance and receivables-purchase facilities bearing effective costs far above market rates. By June 2026, the Debtors' aggregate debt service exceeded $60,000 per week. Faced with the choice between servicing the merchant cash advance facilities and funding payroll and patient care, the Debtors ceased the ACH debits to the funders, who promptly declared defaults and threatened collection action, including delivery of UCC lien notices to the Debtors' insurance payors. In addition, Royal Oaks Capital Corp.'s $1,000,000 balloon matures in October 2026, an obligation the Debtors cannot presently refinance or retire. The Debtors commenced these cases to preserve the going-concern value of their business, to protect the continuity of patient care, and to restructure through a subchapter V plan of reorganization.

6. List of officers and directors, if applicable, and their salaries and benefits as of the petition date and during the 1 year before the petition date:  Evan Prager is the Manager of the Debtor.  The Debtor is the sole member and manager of Atlantic Recovery Center, LLC. Mr. Prager receives no salary from the Debtor and received no salary from the Debtor during the year preceding the Petition Date. The Debtor has no other officers, directors, or managers.

7. Debtor's fiscal or calendar year to date gross income, and the debtor's gross income for the last full calendar or fiscal year ending before the petition date: None. The Debtor is a holding company with no independent gross income; all operating revenue is generated by its operating subsidiary, Atlantic Recovery Center, LLC.

8. Amounts owed to certain creditors:

   a. Secured claims – list names of creditors, amounts owed, and description and estimated value of collateral:  Royal Oaks Capital Corp. asserts a blanket, first-priority lien on substantially all assets securing approximately $1,196,939 under two credit lines. Various merchant cash advance and receivables-purchase funders assert secured claims or have filed UCC-1 financing statements (in several instances through representative entities), including Kapitus (approximately $240,000), Rocket Capital NY (approximately $225,000), Capital Assist (approximately $150,000), Litefund Solutions (approximately $270,000), OnDeck (approximately $237,666), Bluevine/Celtic Bank (approximately

LF-93 (rev. 06/01/26)

$57,421), Forward Financing (approximately $19,780), and Verity Capital LLC d/b/a Cylerity (unliquidated). Space Coast Credit Union holds a claim of approximately $37,834 secured by a vehicle. The collateral consists of the Debtors' cash, insurance receivables, and other personal property.

b.  Priority unsecured claims (including priority tax claims):Any employee wage and benefit claims entitled to priority under 11 U.S.C. § 507(a)(4) and (5) are within the statutory caps and are addressed by the Debtors' pending motion to pay prepetition wages.

c.  General unsecured claims: Non-insider general unsecured claims total approximately $280,000.

9.  General description and approximate value of the debtor's assets: The Debtor's principal asset is its 100% membership interest in Atlantic Recovery Center, LLC, the value of which is tied to ARC's going-concern value. The Debtor also holds cash on deposit.

10. List all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due, and the date the policy expires: The Debtor and its affiliates are insured under the following policies, each of which is current: (a) Commercial General Liability — Hadron Specialty Insurance Company, Policy No. H0076PK0094400, $1,000,000 each occurrence / $3,000,000 aggregate, effective August 10, 2025 and expiring August 10, 2026; (b) Professional Liability (errors & omissions, including sexual-misconduct, employee-benefits, and HIPAA coverage) — Hadron Specialty Insurance Company, Policy No. H0076PK01107-00, $1,000,000 each claim / $3,000,000 aggregate, effective October 13, 2025 and expiring October 13, 2026; (c) Automobile Liability — National Liability & Fire Insurance Company, Policy No. 73APB012719, $1,000,000 combined single limit, effective October 13, 2025 and expiring October 13, 2026; (d) Directors & Officers Liability — Scottsdale Insurance Company, Policy No. EKI3589494, $1,000,000 limit, effective September 8, 2025 and expiring September 8, 2026; and (e) workers' compensation coverage provided through ADP TotalSource, Inc. The premiums are current, and each policy renews at its stated expiration date.

11. Number of employees and amounts of wages owed as of the petition date: The Debtor has no direct payroll employees. Approximately 8 shared administrative staff who serve the Debtors are employed by non-debtor affiliate Centric Executives LLC, and ARC employs approximately 27

LF-93 (rev. 06/01/26)

employees. The Debtor funds shared administrative payroll, and no prepetition wages are owed directly by the Debtor as of the Petition Date.period ended July 4, 2026. No insider is included in that payroll, and the Debtor has filed an emergency motion for authority to pay prepetition wages.

12.    Status of debtor's payroll and sales tax obligations, if any:  The Debtor's payroll tax obligations are withheld and remitted through ADP TotalSource in the ordinary course of business, and the Debtor is confirming the status of final prepetition remittances. The Debtor does not collect or remit sales tax in connection with its behavioral-health services.

13.    Anticipated emergency relief to be requested within 14 days from the petition date:  The Debtors have filed: (a) a motion for the joint administration of their chapter 11 cases; (b) an emergency motion for authority to use cash collateral; and (c) an emergency motion for authority to pay prepetition wages.

/s/ Evan Prager
Evan Prager, Manager

Title  Manager        Date  July 9, 2026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2026, a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, as set forth below.

By:_____/s/_____
Zach B. Shelomith

**26-18873-SMG Notice will be electronically mailed to:**

**Carol Lynn Fox**
cfox@glassratner.com, cclf11@trustesolutions.net

**Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee**
martin.p.ochs@usdoj.gov

**Office of the US Trustee**
USTPRegion21.MM.ECF@usdoj.gov

LF-93 (rev. 06/01/26)