**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 26-18871-SMG |
| ATLANTIC RECOVERY CENTER, LLC, | Chapter 11 (Subchapter V) |
| Debtor. | (Jointly Administered with In re Centric Behavioral Health, LLC, Case No. 26-18873-SMG) |

_________________________________/

**DEBTORS' NOTICE OF FILING REVISED**
**CASH COLLATERAL BUDGET**

Atlantic Recovery Center, LLC ("ARC") and Centric Behavioral Health, LLC ("CBH" and, together with ARC, the "Debtors"), the debtors and debtors-in-possession in the above-captioned jointly administered chapter 11 (Subchapter V) cases, by and through undersigned counsel, hereby give notice of filing the revised twelve-week cash collateral budgets attached hereto as Exhibit "A" (one for each Debtor and, collectively, the "Revised Budget"), covering the period from August 24, 2026 through November 13, 2026.

The Revised Budget has been approved by the Debtors and by the Subchapter V Trustee, and is filed in connection with the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Use of Cash Collateral Effective as of the Petition Date; (II) Granting Adequate Protection; and (III) Scheduling a Final Hearing* (ECF No. 7), the *Interim Order* granting the motion (ECF No. 27), and the continued hearing on the Debtors' use of cash collateral scheduled for September 9, 2026 at 1:30 p.m.

Dated: August 26, 2026

Respectfully submitted,

**SHELOMITH LAW**
Counsel for the Debtors-in-Possession
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_________/s/_______________
**ZACH B. SHELOMITH**
Florida Bar No. 122548
zbs@shelomith.law

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 26, 2026, a true and correct copy of the foregoing, with the attached Revised Budget, was served via the Court's CM/ECF system upon all parties registered to receive electronic notice in these cases, at the email addresses set forth below.

By:_________/s/_______________
Zach B. Shelomith

**Served via CM/ECF:**

Carol Lynn Fox, Subchapter V Trustee
cfox@glassratner.com; cclf11@trustesolutions.net

Martin P. Ochs, Esq., on behalf of the U.S. Trustee
martin.p.ochs@usdoj.gov

Office of the U.S. Trustee
USTPRegion21.MM.ECF@usdoj.gov

Matthew B. Klein, Esq., on behalf of Royal Oaks Capital Corp.
matthew@howardlaw.com; kayla@howardlaw.com

Niki M. Sturm, Esq., on behalf of Capital Assist, LLC
nsturm@kaminskilawpllc.com

John R. Yant, Esq., on behalf of Kapitus Servicing, Inc.
ryant@carltonfields.com; epritchett@carltonfields.com

Olivia Zukowski, Esq., on behalf of Kapitus Servicing, Inc.

ozukowski@carltonfields.com; kathompson@carltonfields.com

Zach B. Shelomith, Esq., on behalf of the Debtors
zbs@shelomith.law; info@shelomith.law

# EXHIBIT "A"

**Atlantic Recovery Center, LLC (Lead Case) – Debtor-in-Possession**

**12-Week Cash Collateral Budget (Cash Basis) – Revised August 26, 2026**

Petition Date: July 7, 2026 | Budget Period: August 24, 2026 through November 13, 2026

| Line Item | Wk 1 24-Aug | Wk 2 31-Aug | Wk 3 7-Sep | Wk 4 14-Sep | Wk 5 21-Sep | Wk 6 28-Sep | Wk 7 5-Oct | Wk 8 12-Oct | Wk 9 19-Oct | Wk 10 26-Oct | Wk 11 2-Nov | Wk 12 9-Nov | 12-Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | | | | | | |
| Insurance reimbursements (Aetna, BCBSF, UHC, Zelis/Pay Plus, et al.) | $140,000 | $140,000 | $140,000 | $140,000 | $140,000 | $140,000 | $140,000 | $140,000 | $140,000 | $140,000 | $140,000 | $140,000 | $1,680,000 |
| Patient / private-pay / processor receipts (EPX) | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $120,000 |
| **Total Cash Receipts** | **$150,000** | **$150,000** | **$150,000** | **$150,000** | **$150,000** | **$150,000** | **$150,000** | **$150,000** | **$150,000** | **$150,000** | **$150,000** | **$150,000** | **$1,800,000** |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| ARC payroll funding – ADP TotalSource (gross + ER taxes + fees) | - | $58,500 | - | $58,500 | - | $58,500 | - | $58,500 | - | $58,500 | - | $58,500 | $351,000 |
| Additional payroll – Centric Mgmt staff transferred to ARC ($31,000/biweek | - | $31,000 | - | $31,000 | - | $31,000 | - | $31,000 | - | $31,000 | - | $31,000 | $186,000 |
| Rent – Reign RTC (14320 Mustang Trail) | - | $10,609 | - | - | - | $10,609 | - | - | - | - | $10,609 | - | $31,827 |
| Rent – SMHW (1759 N. Andrews Sq) | - | $8,265 | - | - | - | $8,265 | - | - | - | - | $8,265 | - | $24,795 |
| Billing & Collections Fee | $5,962 | $5,962 | $5,962 | $5,962 | $5,962 | $5,962 | $5,962 | $5,962 | $5,962 | $5,962 | $5,962 | $5,962 | $71,544 |
| Client, facility & medical supplies | $5,873 | $5,873 | $5,873 | $5,873 | $5,873 | $5,873 | $5,873 | $5,873 | $5,873 | $5,873 | $5,873 | $5,873 | $70,476 |
| Advertising & patient acquisition | $17,857 | $17,857 | $17,857 | $17,857 | $17,857 | $17,857 | $17,857 | $17,857 | $17,857 | $17,857 | $17,857 | $17,857 | $214,284 |
| IT, software & EMR | $1,369 | $1,369 | $1,369 | $1,369 | $1,369 | $1,369 | $1,369 | $1,369 | $1,369 | $1,369 | $1,369 | $1,369 | $16,428 |
| Outside services & ancillary (labs, UA, contract clinicians) | $2,312 | $2,312 | $2,312 | $2,312 | $2,312 | $2,312 | $2,312 | $2,312 | $2,312 | $2,312 | $2,312 | $2,312 | $27,744 |
| Utilities, telephone & internet | $2,015 | $7,446 | $7,446 | $7,446 | $7,446 | $7,446 | $7,446 | $7,446 | $7,446 | $7,446 | $7,446 | $7,446 | $83,921 |
| Auto & patient transport | $2,261 | $2,261 | $2,261 | $2,261 | $2,261 | $2,261 | $2,261 | $2,261 | $2,261 | $2,261 | $2,261 | $2,261 | $27,132 |
| Merchant & bank fees | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $18,000 |
| Repairs, janitorial & security | $2,250 | $2,250 | $2,250 | $2,250 | $2,250 | $2,250 | $2,250 | $2,250 | $2,250 | $2,250 | $2,250 | $2,250 | $27,000 |
| Professional fees – accounting/tax (non-bankruptcy) | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $1,950 | $23,400 |
| Licenses, permits & other | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $600 | $7,200 |
| Contingency | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $24,000 |
| Professional Fee Reserve (ARC case) | - | $5,000 | - | - | - | $5,000 | - | - | - | - | $5,000 | - | $15,000 |
| Shared-services funding | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $246,000 |
| **Total Disbursements** | **$66,449** | **$185,254** | **$71,880** | **$161,380** | **$71,880** | **$185,254** | **$71,880** | **$161,380** | **$71,880** | **$161,380** | **$95,754** | **$161,380** | **$1,465,751** |
| **NET CASH FLOW** | **$83,551** | **($35,254)** | **$78,120** | **($11,380)** | **$78,120** | **($35,254)** | **$78,120** | **($11,380)** | **$78,120** | **($11,380)** | **$54,246** | **($11,380)** | **$334,249** |
| Beginning Cash | $50,000 | $133,551 | $98,297 | $176,417 | $165,037 | $243,157 | $207,903 | $286,023 | $274,643 | $352,763 | $341,383 | $395,629 | |
| **Ending Cash** | **$133,551** | **$98,297** | **$176,417** | **$165,037** | **$243,157** | **$207,903** | **$286,023** | **$274,643** | **$352,763** | **$341,383** | **$395,629** | **$384,249** | **$384,249** |

**Centric Behavioral Health, LLC – Debtor-in-Possession**

**12-Week Cash Collateral Budget (Cash Basis) – Revised August 26, 2026**

Petition Date: July 7, 2026 | Budget Period: August 24, 2026 through November 13, 2026

| Line Item | Wk 1<br>24-Aug | Wk 2<br>31-Aug | Wk 3<br>7-Sep | Wk 4<br>14-Sep | Wk 5<br>21-Sep | Wk 6<br>28-Sep | Wk 7<br>5-Oct | Wk 8<br>12-Oct | Wk 9<br>19-Oct | Wk 10<br>26-Oct | Wk 11<br>2-Nov | Wk 12<br>9-Nov | 12-Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | | | | | | |
| Intercompany shared-services funding from ARC | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $20,500 | $246,000 |
| Other receipts | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Receipts** | **$20,500** | **$20,500** | **$20,500** | **$20,500** | **$20,500** | **$20,500** | **$20,500** | **$20,500** | **$20,500** | **$20,500** | **$20,500** | **$20,500** | **$246,000** |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| Shared administrative payroll funding – ADP | - | $26,500 | - | $26,500 | - | $26,500 | - | $26,500 | - | $26,500 | - | $26,500 | $159,000 |
| Insurance (GL/professional/property/WC) | - | $16,246 | - | - | - | $16,246 | - | - | - | - | $16,246 | - | $48,738 |
| Adequate protection payment – Royal Oaks Capital Corp. | - | $10,000 | - | - | - | $10,000 | - | - | - | - | $10,000 | - | $30,000 |
| Bank fees & other | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $150 | $1,800 |
| **Total Disbursements** | **$150** | **$52,896** | **$150** | **$26,650** | **$150** | **$52,896** | **$150** | **$26,650** | **$150** | **$26,650** | **$26,396** | **$26,650** | **$239,538** |
| **NET CASH FLOW** | **$20,350** | **($32,396)** | **$20,350** | **($6,150)** | **$20,350** | **($32,396)** | **$20,350** | **($6,150)** | **$20,350** | **($6,150)** | **($5,896)** | **($6,150)** | **$6,462** |
| Beginning Cash | $400,000 | $420,350 | $387,954 | $408,304 | $402,154 | $422,504 | $390,108 | $410,458 | $404,308 | $424,658 | $418,508 | $412,612 | |
| **Ending Cash** | **$420,350** | **$387,954** | **$408,304** | **$402,154** | **$422,504** | **$390,108** | **$410,458** | **$404,308** | **$424,658** | **$418,508** | **$412,612** | **$406,462** | **$406,462** |